UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

SPEEDWAY MOTORSPORTS, LLC,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-10086

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LAWRENCE YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SPEEDWAY MOTORSPORTS, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       January 3, 2023

                                **GOTTLIEB & ASSOCIATES**

                                */s/Michael A. LaBollita, Esq.*

                              Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                                       New York, NY 10003
                                        Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                        Michael@Gottlieb.legal

                                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge